## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LIMESTONE MC ENTERPRISES, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | )<br>)<br>)<br>)   Case No: 1:22-cv-00053-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing their agreement and obtaining their respective client's signatures. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement.

August 25, 2023

Respectfully Submitted,                 Respectfully Submitted,

  */s/ David T. Crumplar*                   */s/ John V. Work*
David T. Crumplar (#5876)                John V. Work, Esq.
Jacobs & Crumplar, P.A.                   Law Office of John V. Work
750 Shipyard Drive, Ste 200              800 N King St
Wilmington, DE 19801                    Suite 303
Tel: (302) 656-5445                       Wilmington, DE 19801
Davy@jcdelaw.com                      Tel: (302) 540-8747
                                              Fax: (302) 397-2091
-and-                                       JWork0036@comcast.net
                                              *Attorneys for Defendant*

Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029

305-891-1322
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

John V. Work, Esq.
Law Office of John V. Work
800 N King St., Suite 303
Wilmington, DE 19801
JWork0036@comcast.net

                                                        */s/ David T. Crumplar*
                                                         David T. Crumplar, Esq.