## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LIMESTONE MC ENTERPRISES, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | Case No: 1:22-cv-00053-MN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims, with each party to bear its respective fees and costs.

Dated: September 14, 2023

Respectfully submitted,

  /s/ David T. Crumplar
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Ste 200
Wilmington, DE 19801
Tel: (302) 656-5445
Davy@jcdelaw.com

-and-

Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
305-891-1322
*Attorneys for Plaintiff*

Respectfully submitted,

  /s/ John V. Work
John V. Work, Esq.
Law Office of John V. Work
800 N King St
Suite 303
Wilmington, DE 19801
Tel: (302) 540-8747
Fax: (302) 397-2091
JWork0036@comcast.net
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

John V. Work, Esq.
Law Office of John V. Work
800 N King St., Suite 303
Wilmington, DE 19801
JWork0036@comcast.net

                                               */s/ David T. Crumplar*
                                               David T. Crumplar (#5876)
                                               Jacobs & Crumplar, P.A.